# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2018

Stephen J. Markman.,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158305-6(92)
158307-8

*In re* RELIABILITY PLANS OF ELECTRIC
UTILITIES FOR 2017-2021.

_____

ASSOCIATION OF BUSINESSES ADVOCATING
TARIFF EQUITY,
       Appellee,

v

CONSUMERS ENERGY COMPANY,
       Appellant,
and

MICHIGAN PUBLIC SERVICE COMMISSION,
ENERGY MICHIGAN, INC., and MICHIGAN
ELECTRIC AND GAS ASSOCIATION,
       Appellees.

_____

SC: 158305
COA 340600
MPSC: 00-018197

ENERGY MICHIGAN, INC.,
       Appellee,

v

CONSUMERS ENERGY COMPANY,
       Appellant,
and

MICHIGAN PUBLIC SERVICE COMMISSION
and MICHIGAN ELECTRIC AND GAS
ASSOCIATION,

SC: 158306
COA 340607
MPSC: 00-018197

Appellees.
_____

ASSOCIATION OF BUSINESSES ADVOCATING
TARIFF EQUITY,
      Appellee,

                                                  SC: 158307
v                                               COA 340600
                                                  MPSC: 00-018197

MICHIGAN PUBLIC SERVICE COMMISSION,
      Appellant,
and

CONSUMERS ENERGY COMPANY, ENERGY
MICHIGAN, INC., and MICHIGAN ELECTRIC AND
GAS ASSOCIATION,
      Appellees.
_____/

ENERGY MICHIGAN, INC.,
      Appellee,

                                                    SC: 158308
v                                               COA 340607
                                                  MPSC: 00-018197

MICHIGAN PUBLIC SERVICE COMMISSION,
      Appellant,
and

CONSUMERS ENERGY COMPANY and
MICHIGAN ELECTRIC AND GAS ASSOCIATION,
      Appellees.
_____/

On order of the Chief Justice, the motion of the Michigan Chamber of Commerce to file a brief amicus curiae is GRANTED. The amicus brief submitted on October 26, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

           November 2, 2018                      

                                                                  Clerk